NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-0930

STATE OF LOUISIANA

VERSUS

ALBERT PUGH, JR.

************

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 02-K-4564-D,
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and J. David Painter, Judges.

AFFIRMED.

Earl B. Taylor
District Attorney, 27th JDC
Alisa Ardoin Gothreaux
Assistant District Attorney
Post Office Drawer 1968
Opelousas, LA 70571
(337) 948-0551
COUNSEL FOR:
      State of Louisiana

Carey J. Ellis, III
Louisiana Appellate Project
Post Office Box 719

**Rayville, LA  71269**
**(318) 728-2043**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Albert Pugh, Jr.**